PER CURIAM.

(No. 74-CC-752— )

CONSTRUCTIVE PLAYTHINGS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed December 12, 1974.*

MICHAEL KLEIN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.